## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02301-KLM

SAMUEL TURNER,

    Plaintiff,

v.

STATEBRIDGE COMPANY, LLC, a Colorado limited liability company,

    Defendant.

---

## STIPULATION TO DISMISS WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Samuel Turner and Defendant Statebridge Company, LLC, by and through their respective undersigned counsel, stipulate to dismiss this entire action with prejudice.  Each party will bear his/its own costs and attorneys' fees.

Respectfully submitted this 10th day of July, 2020.

| | |
|---|---|
| *s/David H. Wollins* | *s/Stephen E. Baumann II* |
| David H. Wollins | Erin A. Webber |
| DAVID H. WOLLINS, P.C. | Stephen E. Baumann II |
| 950 South Cherry Street, Suite 512 | Thomas W. Carroll |
| Denver, CO 80246 | LITTLER MENDELSON, P.C. |
| Telephone:  303.758.8900 | 1900 Sixteenth Street, Suite 800 |
| Facsimile:  303.758.8111 | Denver, CO 80202 |
| Email:  dhwollins@dhwpc-law.com | Telephone:  303.629.6200 |
| | Facsimile:  303.629.0200 |
| | Email:  ewebber@littler.com; |
| |        sbaumann@littler.com; |
| |        tcarroll@littler.com |
| *Attorneys for Plaintiff Samuel Turner* | *Attorneys for Defendant Statebridge Company, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that. the 10th day of July, 2020, a true and correct copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was filed and served via the CM/ECF system, which will send notification of such filing to the following:

David H. Wollins
David H. Wollins, P.C.
950 South Cherry Street, #512
Denver, CO 80246-2699
Phone: 303-758-8900
Fax: 303-758-8111
dhwollins@dhwpc-law.com

*Attorney for Plaintiff*

*s/ Arlene Aguilar*
Arlene Aguilar