IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02301-KLM

SAMUEL TURNER,

     Plaintiff,

v.

STATEBRIDGE COMPANY, LLC, a Colorado limited liability company,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulation to Dismiss with Prejudice** [#31] ("Motion"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

Because the Motion is signed by counsel for all parties of record who have stipulated to dismiss the case,

IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of Court shall close this case.

Dated:  July 13, 2020